UNITED STATES of America, Plaintiff–Appellee,

v.

**Roger Manu BATES, aka Manu, Defendant–Appellant.**

**No. 06–10665.**

United States Court of Appeals, Ninth Circuit.

Submitted May 20, 2008.*

Filed May 23, 2008.

Michael K. Kawahara, Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Deanna Dotson, Kapolei, HI, for Defendant–Appellant.

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Roger Manu Bates appeals from the 198–month sentence imposed following his guilty-plea conviction for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we dismiss the appeal.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**540**

When Bates entered into a plea agreement with the government, he waived his right to appeal his conviction and sentence. The record reflects that Bates' guilty plea was knowing and voluntary, and that the appeal waiver was unambiguous. *See United States v. Jeronimo*, 398 F.3d 1149, 1153–57 (9th Cir.2005). Therefore, we enforce the appeal waiver and dismiss this appeal.

**DISMISSED.**